# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| KANZAMAN INCORPORATED, | Case No. 15-13336 |
| Debtor(s). | Honorable Timothy A. Barnes<br>United States Bankruptcy Judge |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all claimants and other parties in interest of Kanzaman Incorporated, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on April 12, 2016.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

## SERVICE LIST

Illinois Dept. of Employment Security
33 South State Street
Attn: Bankruptcy Unit – 10th Floor
Chicago, IL 60603

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Jamie G. Sypulski
150 N. Michigan Avenue
Suite 1000
Chicago, IL 60601

Maria Sanchez
c/o Jamie G. Sypulski
150 N. Michigan Avenue
Suite 1000
Chicago, IL 60601

Moayed Shammo
c/o Jamie G. Sypulski
150 N. Michigan Avenue
Suite 1000
Chicago, IL 60601

Vivian Odeesho
c/o Jamie G. Sypulski
150 N. Michigan Avenue
Suite 1000
Chicago, IL 60601

Olympia Building Corporation
Attn: Neal S. Gainsberg
Gainsberg Law, P.C.
1 S. Dearborn St., 21st Floor
Chicago, IL 60603

Strauss Brands Inc. d/b/a Chiaooetti, LLC
20855 S. LaGrange Road
Suite 103
Frankfort, IL 60423-2037

Shaw Fishman Glantz & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60610

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KANZAMAN INCORPORATED | § | Case No. 15-13336 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, May 25, 2016 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/12/2016                    By: /s/ Barry A. Chatz, Trustee
                                                              Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
KANZAMAN INCORPORATED § Case No. 15-13336
§
Debtor §
§

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,685.95 |
| and approved disbursements of | $ | 90.38 |
| leaving a balance on hand of[1] | $ | 5,595.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,318.60 | $ 0.00 | $ 1,318.60 |
| Trustee Expenses: BARRY A. CHATZ | $ 81.31 | $ 0.00 | $ 81.31 |
| Attorney for Trustee Fees: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 2,353.50 | $ 0.00 | $ 2,353.50 |
| Attorney for Trustee Expenses: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 54.62 | $ 0.00 | $ 54.62 |

Total to be paid for chapter 7 administrative expenses $ 3,808.03
Remaining Balance $ 1,787.54

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 165,938.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1-A | ILLINOIS DEPARTMENT OF REVENUE | $ 137.05 | $ 0.00 | $ 1.48 |
| 2 | MOAYED SHAMMO | $ 38,384.62 | $ 0.00 | $ 413.49 |
| 3 | MARIA SANCHEZ | $ 88,714.64 | $ 0.00 | $ 955.66 |
| 4 | VIVIAN ODEESHO | $ 36,895.04 | $ 0.00 | $ 397.44 |
| 8-A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 1,807.27 | $ 0.00 | $ 19.47 |

Total to be paid to priority creditors       $  1,787.54

Remaining Balance       $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,507.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1-B | ILLINOIS DEPARTMENT OF REVENUE | $ 1,408.80 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | JAMIE G. SYPULSKI | $ 104,843.71 | $ 0.00 | $ 0.00 |
| 6 | OLYMPIA BUILDING CORPORATION | $ 28,254.83 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,357.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | STRAUSS BRANDS INC. d/b/a CHIAOOETTI, LLC | $ 2,173.38 | $ 0.00 | $ 0.00 |
| 8-B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 184.05 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.