UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KANZAMAN INCORPORATED | § | Case No. 15-13336 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,201.74 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,787.54 | Claims Discharged Without Payment: 642,358.85 |
| Total Expenses of Administration: 3,898.41 | |

3) Total gross receipts of $ 5,685.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,685.95 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,898.41 | 3,898.41 | 3,898.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,235.00 | 165,938.62 | 165,938.62 | 1,787.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 311,108.00 | 136,864.77 | 136,864.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 341,343.00 | $ 306,701.80 | $ 306,701.80 | $ 5,685.95 |

4) This case was originally filed under chapter 7 on 04/14/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2016          By:/s/BARRY A. CHATZ
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account With Chase - Less Pending Electronic Paymen | 1129-000 | 5,685.95 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,685.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Data Merchant Cash Advance 4000 Coral Ridge Drive Pompano Beach, FL 33065 | | 0.00 | NA | NA | 0.00 |
| | International Channel Systems 38230 Fairway Court Clinton Township, MI 48038 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,318.60 | 1,318.60 | 1,318.60 |
| BARRY A. CHATZ | 2200-000 | NA | 81.31 | 81.31 | 81.31 |
| Adams-Levine | 2300-000 | NA | 5.38 | 5.38 | 5.38 |
| The Bank of New York Mellon | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| Union Bank | 2600-000 | NA | 45.00 | 45.00 | 45.00 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3210-000 | NA | 2,353.50 | 2,353.50 | 2,353.50 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3220-000 | NA | 54.62 | 54.62 | 54.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,898.41 | $ 3,898.41 | $ 3,898.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | | 30,235.00 | NA | NA | 0.00 |
| 3 | MARIA SANCHEZ | 5300-000 | NA | 88,714.64 | 88,714.64 | 955.66 |
| 2 | MOAYED SHAMMO | 5300-000 | NA | 38,384.62 | 38,384.62 | 413.49 |
| 4 | VIVIAN ODEESHO | 5300-000 | NA | 36,895.04 | 36,895.04 | 397.44 |
| 8-A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 1,807.27 | 1,807.27 | 19.47 |
| 1-A | ILLINOIS DEPARTMENT OF REVENUE | 5800-001 | NA | 137.05 | 137.05 | 1.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 30,235.00 | $ 165,938.62 | $ 165,938.62 | $ 1,787.54 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste Service PO Box 9001154 Louisville, KY 40290-1154 | | 0.00 | NA | NA | 0.00 |
| | Averus 3851 Clearview Court Gurnee, IL 60031 | | 283.70 | NA | NA | 0.00 |
| | Birch Communications 320 Interstate North Parkway, SE Atlanta, GA 30339 | | 339.75 | NA | NA | 0.00 |
| | Chiappetti Meats LLC 3810 S. Halsted Street Chicago, IL 60609 | | 2,211.62 | NA | NA | 0.00 |
| | Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | | 0.00 | NA | NA | 0.00 |
| | Hermiz Younan 3101 W. Fargo Ave. Chicago, IL 60645-1109 | | 4,000.00 | NA | NA | 0.00 |
| | Main Street Hub 600 Congress Avenue, Suite 1200 Austin, TX 78701 | | 0.00 | NA | NA | 0.00 |
| | Maria Sanchez c/o Jamie G. Sypulski 150 N. Michigan Ave, Suite 1000 Chicago, IL 60601 | | 143,228.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchant Services PO Box 6010 Hagerstown, MD 21741-6010 | | 24.02 | NA | NA | 0.00 |
| | Moayed Shammo c/o Jamie G. Sypulski 150 N. Michigan Ave., Suite 1000 Chicago, IL 60601 | | 143,228.33 | NA | NA | 0.00 |
| | Nationwide Credit, Inc. PO Box 28314 Lehigh Valley, PA 18002-6314 | | 807.63 | NA | NA | 0.00 |
| | Peoples Energy Attn: Bankruptcy 130 East Randolph Drive, 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Republic Services #710 PO Box 9001154 Louisville, KY 40290-1154 | | 535.42 | NA | NA | 0.00 |
| | Seyfarth Shaw, LLP 131 S. Dearborn, Suite 2400 Chicago, IL 60603 | | 16,449.20 | NA | NA | 0.00 |
| | Single Platform 17 Battery Place New York, NY 10004 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vivian Odeesho c/o Jamie G. Sypulski 150 N. Michigan Ave., Suite 1000 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 1-B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,408.80 | 1,408.80 | 0.00 |
| 5 | JAMIE G. SYPULSKI | 7100-000 | NA | 104,843.71 | 104,843.71 | 0.00 |
| 6 | OLYMPIA BUILDING CORPORATION | 7100-000 | NA | 28,254.83 | 28,254.83 | 0.00 |
| 8-B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7200-000 | NA | 184.05 | 184.05 | 0.00 |
| 7 | STRAUSS BRANDS INC. d/b/a CHIAOOETTI, LLC | 7200-000 | NA | 2,173.38 | 2,173.38 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 311,108.00 | $ 136,864.77 | $ 136,864.77 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-13336 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | KANZAMAN INCORPORATED | | | | Date Filed (f) or Converted (c): | 04/14/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/02/2015 |
| For Period Ending: | 07/12/2016 | | | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account With Chase - Less Pending Electronic Paymen | 18,201.74 | 0.00 | OA | 5,685.95 | FA |
| 2. Potential Counter Claims Against Former Employees | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. 3 Registers (1 broken), music system, furniture, glassware, | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Equipment (stove, deep fryer, coolers, sink) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Miscellaneous (Plastic bins, plastic water pitchers) | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Coca-Cola Fountain Machine (Owned By Coco-Cola) | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Open Table System; Dish Washer; Ice Machine (All Leased) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $18,201.74   $0.00   $5,685.95   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2016   Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-13336 | Trustee Name: BARRY A. CHATZ |
| Case Name: KANZAMAN INCORPORATED | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0755 |
| | Checking |
| Taxpayer ID No: XX-XXX5608 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9723 | Transfer of Funds | 9999-000 | $5,645.95 | | $5,645.95 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,630.95 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,615.95 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,600.95 |
| 02/17/16 | 400001 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | 2300-000 | | $5.38 | $5,595.57 |
| 05/25/16 | 400002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $1,399.91 | $4,195.66 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($1,318.60) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($81.31) | 2200-000 | | | |
| 05/25/16 | 400003 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Distribution | | | $2,408.12 | $1,787.54 |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | Final distribution representing a payment of 100.00 % per court order. ($2,353.50) | 3210-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | Final distribution representing a payment of 100.00 % per court order. ($54.62) | 3220-000 | | | |

Page Subtotals: $5,645.95   $3,858.41

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-13336 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | KANZAMAN INCORPORATED | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0755 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5608 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/12/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/16 | 400004 | MOAYED SHAMMO<br>c/o JAMIE G. SYPULSKI<br>LAW OFFICE OF JAMIE GOLDEN SYPULSKI<br>150 NORTH MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60601 | Final distribution to claim 2 representing a payment of 1.08 % per court order. | 5300-000 | | $413.49 | $1,374.05 |
| 05/25/16 | 400005 | MARIA SANCHEZ<br>C/O JAMIE G. SYPULSKI<br>LAW OFFICE OF JAMIE GOLDEN SYPULSKI<br>150 NORTH MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60601 | Final distribution to claim 3 representing a payment of 1.08 % per court order. | 5300-000 | | $955.66 | $418.39 |
| 05/25/16 | 400006 | VIVIAN ODEESHO<br>C/O JAMIE G. SYPULSKI<br>LAW OFFICE OF JAMIE GOLDEN SYPULSKI<br>150 NORTH MICHIGAN AVENUE<br>SUITE 1000<br>CHICAGO, IL 60601 | Final distribution to claim 4 representing a payment of 1.08 % per court order. | 5300-000 | | $397.44 | $20.95 |
| 05/25/16 | 400007 | Clerk, U.S. Bankruptcy Court | Remit to Court | 5800-001 | | $1.48 | $19.47 |
| 05/25/16 | 400008 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br>33 SOUTH STATE STREET<br>CHICAGO, ILLINOIS 60603<br>ATTN: BANKRUPTCY UNIT - 10TH FLR. | Final distribution to claim 8 representing a payment of 1.08 % per court order. | 5800-000 | | $19.47 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,645.95 | $5,645.95 |
| Less: Bank Transfers/CD's | $5,645.95 | $0.00 |
| Subtotal | $0.00 | $5,645.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,645.95 |

Page Subtotals: $0.00   $1,787.54

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-13336 | Trustee Name: BARRY A. CHATZ | |
| Case Name: KANZAMAN INCORPORATED | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9723 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5608 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/15 | 1 | KANZAMAN INCORPORATED | LIQUIDATION OF OTHER ASSET | 1129-000 | $5,685.95 | | $5,685.95 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,675.95 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,665.95 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,655.95 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,645.95 |
| 08/21/15 | | Transfer to Acct # xxxxxx0755 | Transfer of Funds | 9999-000 | | $5,645.95 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,685.95 | $5,685.95 |
| Less: Bank Transfers/CD's | $0.00 | $5,645.95 |
| Subtotal | $5,685.95 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,685.95 | $40.00 |

Page Subtotals: $5,685.95  $5,685.95

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0755 - Checking | $0.00 | $5,645.95 | $0.00 |
| XXXXXX9723 - Checking | $5,685.95 | $40.00 | $0.00 |
|  | $5,685.95 | $5,685.95 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,685.95 |
| Total Gross Receipts: | $5,685.95 |

Page Subtotals:    $0.00    $0.00